IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTTSDALE INDEMNITY COMPANY, | ) | Case No: 8:22-cv-211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ARCH INSURANCE COMPANY'S** |
| | ) | **MOTION FOR SUMMARY** |
| ARCH INSURANCE COMPANY, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Arch Insurance Company ("Defendant") and move the Court for an order granting Defendant's summary judgment pursuant to Fed. R. Civ. P. 56 on Plaintiff Scottdale Indemnity Company's claims against Defendant. As shown in the accompanying brief and evidence, Defendant is entitled to judgment as a matter of law as to all claims raised against Defendant in Plaintiff's Complaint.

WHEREFORE, Defendant Arch Insurance Company respectfully request the Court grant summary judgment in its favor and that Plaintiff's claims against Defendant be dismissed with prejudice.

DATED this 31st day of July, 2023.

                                            ARCH INSURANCE COMPANY,
                                            Defendant,

By:   s/ *Michael L. Storey*
        Michael L. Storey, #24960
        David A. Changstrom, #26518
        LAMSON DUGAN & MURRAY LLP
        10306 Regency Parkway Drive
        Omaha, NE 68114
        T: (402) 397-7300 | F: (402) 397-7824
        Email:  mstorey@ldmlaw.com
                  dchangstrom@ldmlaw.com
        *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of July, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                s/ *Michael L. Storey*

4889-2806-9492, v. 2