IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ARCH INSURANCE COMPANY,<br><br>Defendant. | 8:22CV211<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 54), judgment is entered in favor of defendant Arch Insurance Company and against plaintiff Scottsdale Indemnity Company. *See* Fed. R. Civ. P. 58(a).

Dated this 14th day of February 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge